IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 19-00204-01-CR-W-HFS |
| vs. | |
| WILLIAM N. BROWN, | Date: September 9, 2020 |
| Defendant. | |

MINUTE SHEET

HONORABLE Howard F. Sachs presiding at Kansas City
========================================================================
Nature of Hearing: Sentencing

Time Commenced: 9:35 a.m.                Time Terminated: 10:40 a.m.

Plaintiff by: Robert Smith, AUSA          Defendant by: Travis Poindexter, FPD

All parties appear by videoconference. There were no objections by counsel or Mr. Brown to the sentencing hearing proceeding by videoconference. A record was made concerning the Defendant having a concussion.

Statements presented by counsel and Mr. Brown. Defendant's Exhibit 1 admitted. The defendant is sentenced to the Federal Bureau of Prisons to be imprisoned for a total term of 63 months as to count 1 of the Indictment. The Court recommends to the Federal Bureau of Prisons the defendant be considered for designation to the FCI El Reno facility or FCI Texarkana facility. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years with special conditions imposed. Special assessment ordered in the amount of $100, due immediately. Fine waived.

The defendant was advised of his right to appeal.


Probation Officer: Ashley Maxwell
Courtroom Deputy: Renea Matthes Mitra
Court Reporter: Judy Moore